UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARK A GLASGOW,

        Plaintiff,

v.

QUALITY LOAN SERVICE CORP.,

        Defendant.

2:09-CV-754 JCM (LRL)

**ORDER**

Presently before the court is the case of *Glasgow v. Indymac Federal Bank, FSB et al.,* (2:09-cv-00754-JCM-LRL).

On April 18, 2011, pursuant to Local Rule 41-1, the clerk of the court informed plaintiff that, if no action was taken in this case within thirty (30) days, the court would dismiss the suit for want of prosecution. (Doc. #16). To date, plaintiff has taken no further action.

The court also notes that on April 26, 2011, notice of the LR 41-1 dismissal was returned as undeliverable as to plaintiff Mark Glasgow. (Doc. #17). Pursuant to Local Rules of Special Proceedings and Appeals 2-2, the plaintiff has a duty to "immediately file with the court written notification of any change of address." The rule also declares that failure to comply "may result in dismissal of the action with prejudice." *Id.*

Accordingly,

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case of *Glasgow v.
2 Indymac Federal Bank, FSB et al.,* (2:09-cv-00754-JCM-LRL) be, and the same hereby is,
3 DISMISSED WITHOUT PREJUDICE.
4    DATED this 26th day of May, 2011.

                          */s/ James C. Mahan*
                          **UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**